# EXHIBIT 1

# Brandon Corl

| | |
|---|---|
| **From:** | Brandon Corl |
| **Sent:** | Monday, September 14, 2020 2:52 PM |
| **To:** | 'Tyson Ketchum' |
| **Cc:** | Brittney J. Herron |
| **Subject:** | Eppley v. SAFC |

Ty:

In follow up to our discussion today, I understand you are ok with plaintiff getting you his answers/responses/objections to the first interrogatories and requests for production by 9/22. I appreciate the courtesy.

Also, can you confirm whether defendant is able to produce the following witnesses for deposition? They were noted as being able to be contacted through counsel in defendant's rule 26 disclosures and/or recent discovery – just wanting to make sure that is still the case:

- James Jumonville
- Jay Blunt
- Danny Chestnut
- Sylvia Fernald
- Brad Foster

Finally, with respect to other employees of defendant identified in plaintiff's First Supplemental Rule 26 Disclosures, can you let me know whether the following individuals are still employed by defendant? And if still employed, could they be produced by defendant, or would we need to subpoena them if we wanted to depose them?

- Thaddeus Hart
- Jesse Harding
- Taylor Ortiz
- Christopher Gomez

I'll work on getting you corporate representative deposition topics so that we can try to get that and other depositions set next month in light of the discovery cutoff of November 5. If you want to send over some of your available dates next month, I can also work on getting potential dates for the deposition of Stephen.

Thanks,

Brandon


Brandon Corl
Attorney

HS HolmanSchiavone,LLC

4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Telephone: 816.283.8738
Facsimile:  816.283.8739
www.hslawllc.com

2