# EXHIBIT 7

Case 2:20-cv-02053-TC   Document 48-7   Filed 11/24/20   Page 1 of 3

# Brandon Corl

| | |
|---|---|
| **From:** | Brandon Corl |
| **Sent:** | Wednesday, October 21, 2020 3:17 PM |
| **To:** | 'Tyson Ketchum'; Brittney J. Herron |
| **Subject:** | FW: Eppley v. SAFC -- Draft email to Court regarding discovery deadline |

Ty – I'm guessing you haven't heard back yet (or are busy as I recall you said you had something going on today)? I have made a slight change in the proposed language in light of what we talked about yesterday. Let me know what you think and if it's ok once you get a response from your client:

> The parties served opening interrogatories and requests for production of documents on each other in July. On September 1, 2020, the parties engaged with a mediation with mediator Joe Eischens. Unfortunately, this mediation was unsuccessful. The parties each agreed to allow the other additional time to answer, object, or otherwise respond to the opening discovery (excepting defendant's answers and objections to the plaintiff's first interrogatories, which were served before the mediation), in light of counsel's work in this and other matters. Since the answers, responses, and objections to opening discovery have been served, the parties have conferred regarding defendant's responses to plaintiff's first set of requests for production. As a result of this follow-up, defendant has performed searches of the emails and other certain electronic communications of particular employees of defendant and is working to prepare additional documents for production as necessary. Additionally, on October 6, 2020, plaintiff served his second sets of interrogatories and requests for production of documents to defendant. The parties have agreed to schedule the deposition of plaintiff for October 27. Plaintiff would like to depose several employees of defendant, however, plaintiff would like to have the opportunity to receive additional responsive information and communications, to the extent they exist, before engaging in these depositions. Therefore, in order to allow defendant time to provide any additional responsive documents along with time for plaintiff to review and follow up as necessary, and to allow the parties to resolve any potential discovery issues in advance of these depositions, the parties would like to request an additional 45 days to complete discovery in this case.

**From:** Brandon Corl
**Sent:** Monday, October 19, 2020 5:01 PM
**To:** 'Tyson Ketchum' <tketchum@atllp.com>; 'Brittney J. Herron' <BHerron@atllp.com>
**Subject:** Eppley v. SAFC -- Draft email to Court regarding discovery deadline

Ty:

Is this summary for email to the Court ok with you, with respect to requesting another 45 days for discovery?

> The parties served opening interrogatories and requests for production of documents on each other in July. On September 1, 2020, the parties engaged with a mediation with mediator Joe Eischens. Unfortunately, this mediation was unsuccessful. The parties each agreed to allow the other additional time to answer, object, or otherwise respond to the opening discovery (excepting defendant's answers and objections to the plaintiff's first interrogatories,

1

which were served before the mediation), in light of counsel's work in this and other matters. Since the answers, responses, and objections to opening discovery have been served, the parties have conferred regarding defendant's responses to plaintiff's first set of requests for production. As a result of this follow-up, defendant is working to perform searches of the emails and other certain electronic communications of particular employees of defendant. Additionally, on October 6, 2020, plaintiff served his second sets of interrogatories and requests for production of documents to defendant. The parties have agreed to schedule the deposition of plaintiff for October 27. Plaintiff would like to depose several employees of defendant, however, plaintiff would like to have the opportunity to receive additional responsive information and communications, to the extent they exist, before engaging in these depositions. Therefore, in order to allow defendant time to provide any additional responsive documents, and to allow the parties to resolve any potential discovery issues in advance of these depositions, the parties would like to request an additional 45 days to complete discovery in this case.

Also, do you have any additional information on how long it might take for defendant to produce additional documents with respect to the searches we discussed?

Brandon Corl
Attorney

HS HolmanSchiavone, LLC

4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Telephone: 816.283.8738
Facsimile:  816.283.8739
www.hslawllc.com