# EXHIBIT 9

# Brandon Corl

| | |
|---|---|
| **From:** | Tyson Ketchum <tketchum@atllp.com> |
| **Sent:** | Friday, October 23, 2020 9:46 AM |
| **To:** | Brandon Corl |
| **Subject:** | RE: Eppley v. SAFC Biosciences, Inc. / 2:20-cv-02053-JWB-ADM [IWOV-IDOCS.FID3821263] |

Yes, thanks.



Armstrong Teasdale LLP

Tyson H. Ketchum

2345 Grand Boulevard, Suite 1500, Kansas City, Missouri 64108-2617
MAIN PHONE: 816.221.3420 | MAIN FAX: 816.221.0786
DIRECT: 816-472-3136

tketchum@atllp.com
www.atllp.com

---

**From:** Brandon Corl [mailto:bcorl@hslawllc.com]
**Sent:** Friday, October 23, 2020 9:45 AM
**To:** Tyson Ketchum
**Subject:** RE: Eppley v. SAFC Biosciences, Inc. / 2:20-cv-02053-JWB-ADM [IWOV-IDOCS.FID3821263]

Hey, are we for sure postponing Stephen's deposition from next Tuesday? Just wanting to make sure so I can let him know.

Brandon Corl
Attorney



4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Telephone: 816.283.8738
Facsimile:  816.283.8739

www.hslawllc.com

1

**From:** Tyson Ketchum <tketchum@atllp.com>
**Sent:** Friday, October 23, 2020 9:17 AM
**To:** Brandon Corl <bcorl@hslawllc.com>; Heather Tildes <Heather_Tildes@ksd.uscourts.gov>
**Subject:** RE: Eppley v. SAFC Biosciences, Inc. / 2:20-cv-02053-JWB-ADM [IWOV-IDOCS.FID3821263]

That works for me too.  Thanks.

Ty



Armstrong Teasdale LLP
**Tyson H. Ketchum**
2345 Grand Boulevard, Suite 1500, Kansas City, Missouri 64108-2617
MAIN PHONE: 816.221.3420 | MAIN FAX: 816.221.0786
DIRECT: 816-472-3136
tketchum@atllp.com
www.atllp.com


**********************PRIVATE AND CONFIDENTIAL**********************
This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or Armstrong Teasdale LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail (admin@armstrongteasdale.com) or telephone (314-621-5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it.

**From:** Brandon Corl [mailto:bcorl@hslawllc.com]
**Sent:** Thursday, October 22, 2020 2:04 PM
**To:** Heather Tildes; Tyson Ketchum
**Subject:** RE: Eppley v. SAFC Biosciences, Inc. / 2:20-cv-02053-JWB-ADM

Ms. Tildes:

2

That date/time works for me.

Brandon Corl
Attorney

**HS HolmanSchiavone,LLC**

4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Telephone: 816.283.8738
Facsimile:  816.283.8739
www.hslawllc.com

---

**From:** Heather Tildes <Heather_Tildes@ksd.uscourts.gov>
**Sent:** Thursday, October 22, 2020 1:49 PM
**To:** Brandon Corl <bcorl@hslawllc.com>; tketchum_atllp.com <tketchum@atllp.com>
**Subject:** RE: Eppley v. SAFC Biosciences, Inc. / 2:20-cv-02053-JWB-ADM

Counsel,

Thank you for your email. Judge Mitchell is agreeable to a discovery conference via telephone on the below matter. She is available next Wednesday at 10:00 am. Would that work for everyone?

Thanks,

Heather Tildes
Courtroom Deputy to Magistrate Judge Mitchell
United States District Court
490 U.S. Courthouse
Topeka, Kansas 66683
(785) 338-5485

---

**From:** Brandon Corl <bcorl@hslawllc.com>
**Sent:** Wednesday, October 21, 2020 4:45 PM
**To:** Heather Tildes <Heather_Tildes@ksd.uscourts.gov>; tketchum_atllp.com <tketchum@atllp.com>
**Subject:** RE: Eppley v. SAFC Biosciences, Inc. / 2:20-cv-02053-JWB-ADM

**CAUTION - EXTERNAL:**

Dear Ms. Tildes:

The parties served opening interrogatories and requests for production of documents on each other in July. On September 1, 2020, the parties engaged in a mediation with mediator Joe Eischens. Unfortunately, this mediation was unsuccessful. The parties each agreed to allow the other additional time to answer, object, or otherwise respond to the opening discovery (excepting defendant's answers and objections to the plaintiff's first interrogatories, which were served before the mediation), in light of counsel's work in this and other matters. Since the answers, responses, and objections to opening discovery have been served, the parties have conferred regarding defendant's responses to plaintiff's first set of requests for production. As a result of this follow-up, defendant has performed additional searches of communications of particular employees of defendant and is working to prepare additional documents for production as necessary. Additionally, on October 6, 2020, plaintiff served his second sets of interrogatories and requests for production of documents to defendant. The parties had previously agreed to schedule the deposition of plaintiff for October 27, but due to a scheduling issue, that may need to be rescheduled. Plaintiff would like to depose several employees of defendant, however, plaintiff would like to have the opportunity to receive additional responsive information and communications, to the extent they exist, before engaging in these depositions. Therefore, in order to allow defendant time to provide any additional responsive documents along with time for plaintiff to review and follow up as necessary, and to allow the parties to resolve any other potential discovery issues in advance of these depositions, the parties would like to request an additional 45 days to complete discovery in this case.

I would anticipate that a call with the Court on this request to extend the discovery deadline would take no more than 10-15 minutes.

Please let us know if you or Judge Mitchell need any other information to consider our request.

Sincerely,

Brandon Corl
Attorney

HS HolmanSchiavone, LLC

4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Telephone: 816.283.8738
Facsimile:  816.283.8739
www.hslawllc.com

4

**From:** Heather Tildes <Heather_Tildes@ksd.uscourts.gov>
**Sent:** Thursday, October 15, 2020 4:16 PM
**To:** Brandon Corl <bcorl@hslawllc.com>; tketchum_atllp.com <tketchum@atllp.com>
**Subject:** RE: Eppley v. SAFC Biosciences, Inc. / 2:20-cv-02053-JWB-ADM

Good Afternoon,

Judge Mitchell requests that the parties email chambers with a brief non-argumentative description of the issues and an estimated amount of time for the call.

Thanks,

Heather Tildes
Courtroom Deputy to Magistrate Judge Mitchell
United States District Court
490 U.S. Courthouse
Topeka, Kansas 66683
(785) 338-5485

**From:** Brandon Corl <bcorl@hslawllc.com>
**Sent:** Thursday, October 15, 2020 3:19 PM
**To:** Heather Tildes <Heather_Tildes@ksd.uscourts.gov>; tketchum_atllp.com <tketchum@atllp.com>
**Subject:** Eppley v. SAFC Biosciences, Inc. / 2:20-cv-02053-JWB-ADM

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Dear Ms. Tildes:

Our firm represents plaintiff in this case. I am copying counsel for defendant, Mr. Ketchum, on this email. If one or both parties wanted to request an extension of the discovery deadline in this case, would Judge Mitchell like to have a conference call to discuss prior to filing any such motion?

Sincerely,

Brandon Corl
Attorney

**HS** HolmanSchiavone, LLC

4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112

Telephone: 816.283.8738
Facsimile:  816.283.8739
[www.hslawllc.com](www.hslawllc.com)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.