# EXHIBIT 10

# Brandon Corl

| | |
|---|---|
| **From:** | Tyson Ketchum <tketchum@atllp.com> |
| **Sent:** | Wednesday, October 28, 2020 5:31 PM |
| **To:** | Brandon Corl |
| **Subject:** | RE: Eppley [IWOV-IDOCS.FID3821263] |

I'm fine with that, but I'm trying to reach all of them first to make sure they are available.

Ty



Armstrong Teasdale LLP
**Tyson H. Ketchum**
2345 Grand Boulevard, Suite 1500, Kansas City, Missouri 64108-2617
MAIN PHONE: 816.221.3420 | MAIN FAX: 816.221.0786
DIRECT: 816-472-3136
tketchum@atllp.com
www.atllp.com

---

**From:** Brandon Corl [mailto:bcorl@hslawllc.com]
**Sent:** Wednesday, October 28, 2020 5:28 PM
**To:** Tyson Ketchum
**Subject:** RE: Eppley [IWOV-IDOCS.FID3821263]

Ty:

I'll let him know so he can request off Monday. As I mentioned in my email, there could be a small chance he won't get approved for the day off, but I will let you know ASAP if that is the case. Knowing that you still need to confirm dates, are we good with setting the first four SAFC employees I identified below next week and the other four sometime before 12/9?

Brandon Corl
Attorney

1



4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Telephone: 816.283.8738
Facsimile:  816.283.8739
www.hslawllc.com

**From:** Tyson Ketchum <tketchum@atllp.com>
**Sent:** Wednesday, October 28, 2020 5:22 PM
**To:** Brandon Corl <bcorl@hslawllc.com>
**Subject:** RE: Eppley [IWOV-IDOCS.FID3821263]

I'll do Eppley on 11/2 at 9.  I'll start working on scheduling the others now.

Ty



Armstrong Teasdale LLP
**Tyson H. Ketchum**
2345 Grand Boulevard, Suite 1500, Kansas City, Missouri 64108-2617
MAIN PHONE: 816.221.3420 | MAIN FAX: 816.221.0786
DIRECT: 816-472-3136
tketchum@atllp.com
www.atllp.com

**From:** Brandon Corl [mailto:bcorl@hslawllc.com]
**Sent:** Wednesday, October 28, 2020 3:47 PM
**To:** Tyson Ketchum
**Subject:** RE: Eppley [IWOV-IDOCS.FID3821263]

Ty – In follow up to our emails/calls, Stephen should be available for deposition on 11/2 (starting at 9, or if you'd prefer to start later that morning after 9) or 11/3 (starting a bit later so he can make sure to be able to vote and make it here, maybe 10 or so?) – the only thing that is a slight contingency is that he will need to make sure he can get a request approved to get the day off work so that he can make it to our office for the deposition. I'm thinking 11/3 would be

2

better so we can hopefully be more certain that he will be allowed to take a day off, as I don't believe the approval is immediate and/or certain (but it will hopefully not end up being a problem).

As for the other depositions, we could agree to take four (James Jumonville, Jay Blunt, Sylvia Fernald, and Danny Chestnut) next week on Wednesday/Thursday/Friday (two per day), and agree to take the depositions of the others (Christopher Gomez, Thaddeus Hart, Taylor Ortiz, and Brad Foster), who Defendant would agree to produce, at some point before December 9 (a week after the MSJ deadline).

Let me know if this is agreeable with you.

Brandon Corl
Attorney

**HS** HolmanSchiavone,LLC

4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Telephone: 816.283.8738
Facsimile:  816.283.8739
www.hslawllc.com

---

**From:** Brandon Corl
**Sent:** Wednesday, October 28, 2020 11:17 AM
**To:** 'Tyson Ketchum' <tketchum@atllp.com>
**Subject:** RE: Eppley [IWOV-IDOCS.FID3821263]

Sorry, I meant November, not October obviously.

So how about this schedule, with Stephen on 11/3 (or 11/2 if you'd like)? I'll confirm with him this afternoon that both of those dates would work, but I am hopeful either would. We could try to squeeze in all of your folks on 11/4 or 11/5, but it might make for a long day each day. If you're agreeable to producing the last three on 11/6 or 11/9, as I understand they're still current employees, we don't need to try to have them on 11/4 or 11/5. Or if you're confident Stephen wouldn't take a full day, I could take one of the last three after his deposition on the same day.

- James Jumonville – 11/4 9:00 a.m.
- Jay Blunt – 11/4 1:00 p.m.
- Sylvia Fernald – 11/5 9:00 a.m. (I have a pretrial conference set for 9 that day that I'll see if I can get someone else to cover)
- Danny Chestnut 11/5 12:30 p.m.
- Christopher Gomez 11/5 3:30 p.m.

3

- Thaddeus Hart 11/6 or 11/9 9:00 a.m.
- Taylor Ortiz 11/6 or 11/9 12:30 p.m.
- Brad Foster – 11/6 or 11/9 3:30 p.m.

Brandon Corl
Attorney



4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Telephone: 816.283.8738
Facsimile:  816.283.8739
www.hslawllc.com

**From:** Tyson Ketchum <tketchum@atllp.com>
**Sent:** Wednesday, October 28, 2020 10:46 AM
**To:** Brandon Corl <bcorl@hslawllc.com>
**Subject:** RE: Eppley [IWOV-IDOCS.FID3821263]

Who do you want to depose from SAFC?

Armstrong Teasdale LLP
**Tyson H. Ketchum**
2345 Grand Boulevard, Suite 1500, Kansas City, Missouri 64108-2617
MAIN PHONE: 816.221.3420 | MAIN FAX: 816.221.0786
DIRECT: 816-472-3136
tketchum@atllp.com
www.atllp.com

**********************PRIVATE AND CONFIDENTIAL**********************
**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or Armstrong Teasdale LLP.**

If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail (admin@armstrongteasdale.com) or telephone (314-621-5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it.

**From:** Brandon Corl [mailto:bcorl@hslawllc.com]
**Sent:** Wednesday, October 28, 2020 10:37 AM
**To:** Tyson Ketchum
**Subject:** Eppley

**CAUTION:**   EXTERNAL EMAIL

Can you all depose Stephen on Tuesday 10/3? Then we could try to do your folks on 10/4 and 10/5.

Brandon Corl
Attorney



4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Telephone: 816.283.8738
Facsimile:  816.283.8739
www.hslawllc.com