# EXHIBIT 16

**Thaddeus**

Jul 23, 2019, 3:30 PM

> Was good working with ya Thaddeus

> Did my personal email show up as a text?

Sorry about this place man! It's been good working with you I enjoyed it. If you find a great place to work let me know. I wanted walkout after you. And yes

My personal email is Thaddeusvh@gmail.com

In case I say something dumb

> Thanks man, I just really can't believe this. Especially having Brad and the new plant

SE00064



**Thaddeus**

In case I say something dumb

> Thanks man, I just really can't believe this. Especially having Brad and the new plant manager be the ones to fire me. I never even formally met the guy

> James acknowledged that he did not bring up Taylor's incident to show a pattern with Doug because he said it was a separate incident. That's BS

> He purposely withheld that info from HR

Dana, Jesse, Taylor, and Kate told me today Doug yelled a few months back she felt like she should have said something to someone back

SE00065

**Thaddeus**

> He purposely withheld that info from HR

Dana, Jesse, Taylor, and Kate told me today Doug yelled a few months back she felt like she should have said something to someone back then. This is a pattern. And Jay look at cross eyed when I brought up Jesse so yes do what you need to!

> I think they are about to find out they screwed up.

When did James say that

> He was on a conference call with us this morning

> He didn't say purposely held it from HR

SE00066

**Thaddeus**

> He was on a conference call with us this morning

> He didn't say purposely held it from HR

> But he said it was a different situation

Different type of harassment, but still harassment

Just the same crap though

> Yeah I figured 2+2=4 but that's just me being optimistic

Jessie's was the same crap

> Yep, well sorry to bring ya into the drama. I appreciate you listening though. Don't be surprised if ya get a subpoena in the mail 😬

SE00067

**Thaddeus**

> Yep, well sorry to bring ya into the drama. I appreciate you listening though. Don't be surprised if ya get a subpoena in the mail 🙂

Wouldn't be surprising at all!

Jul 23, 2019, 5:04 PM

> Well take care man, your a good dude and I got a good head on your shoulders.

> Oh yeah... I was gonna ask if they for sure fired him?

Yes you at 8. Him at 9

> He say anything?

No I never saw him

SE00068

**Thaddeus**

> head on your shoulders.

> Oh yeah... I was gonna ask if they for sure fired him?

Yes you at 8. Him at 9

> He say anything?

No I never saw him

> Right on... well that's all the fun I can have for one day 😆

If you still want ask James about tech3 🤨😔 have a good one keep in touch!

👍

> Haha won't do me any good.. will do bro take care

Delivered

SE00069

2:05 PM   52%

**Thaddeus**

Feb 6, 2019, 8:46 AM

Are you okay?

I got sent home

Any explanation?

Doug pulling his crap again. I guess I'll find out later what happens

I can tell James is trying to stick up for him

Did something happen?

He was in the lab hallway and waited for me to takeoff my lab coat and stood in my way smirking and shaking his head

Then I passed them outside of Jameses office and he looked

SE00070

**Thaddeus**

> Jameses office and he looked up and said oh there's a camera and went and reported me to HR

> Can't win man

> So dumb!!! Doug has had it in for someone in the department since I started First Dana, then Jesse, now you. If this company can't figure out the problem they don't deserve you, your way to good of a worker and person to have to deal with this crap!! If you don't want to deal with this and move on I would blame you.

> Thanks man I appreciate that. I really enjoy working with you guys. I just hope i don't lose my job over this guy. James acted as if it was my problem to fix. I

SE00071

**Thaddeus**

> Thanks man I appreciate that. I really enjoy working with you guys. I just hope i don't lose my job over this guy. James acted as if it was my problem to fix. I wanted to ask if James reported Taylor's incident to HR cause she told me she didn't think he did. Just didn't want to bring up unnecessary topics

Not sure I haven't seen her yet but I will ask if you want me to

> Nah it's all good. Jay might talk to y'all later is what Danny said

> Well have a good one man. Hopefully I see ya tomorrow and still have my job

Don't think about this place,

SE00072

**Thaddeus**

Don't think about this place, and enjoy the day off

Haha I'll try. Got my stomach all twisted up 😁

Feb 8, 2019, 5:20 PM

Hey man I forgot to tell you thank you earlier for going and telling Jay what you've noticed with the whole Doug situation. Sorry for getting you drug into it.

No worries, I made my choice to speak and for better or worse I was able to say my peace and I'm glad I did!!

Something just doesn't seem right how he's able to get away with it.. and these are the days of my life haha 😆 Anyways

SE00073



SE00074



SE00075



SE00076



SE00077



SE00078