# EXHIBIT 15



# Confidential Memo

Date: 13 Aug 2018

| To:     Taylor Ortiz | From:  J. Jumonville |
|---|---|

**Re: Working Environment**

This is to document the conversation completed today.  You have indicated that you have been made aware that a co-worker (Doug Scheiderer) has indicated to other co-workers that he believes there may be "something" between him and you.  He believes this based on his interpretation your gestures and body language during department meetings and other work related interactions.  However, you confirm that you have no interest and have never been intentionally "flirty" with <u>any</u> of the co-workers in the maintenance/engineering department, specifically, Doug.

Based on this knowledge obtained from a co-worker outside of the department you expressed that you are now a little uncomfortable working around Doug.  You also confirmed that to date, Doug has neither said anything directly to you or acted inappropriately in your presence.  Based on that you did not feel that additional action is required at this time.  You did indicate that you wanted to make sure that you had informed someone.  Based on this we agreed that:

1)   You would be aware of situations that you may interact with Doug at work and limit the locations to be "public".

2)  You will immediately inform your manager of any change in the situation that requires intervention/escalation.

Millipore Sigma is committed to provide a work environment free from harassment.  Thank you for bringing this to my attention.  Please keep me informed.

James Jumonville



**CONFIDENTIAL**                                                                          **SAFC 0587**