IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| STEPHEN EPPLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:20-cv-2053-TC |
| SAFC BIOSCIENCES, INC., | ) ) ) |
| Defendant. | ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff and Defendant, by and through counsel, and stipulate that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear his/its own costs and fees.

1

HOLMAN SCHIAVONE, LLC

*/s/ Brandon L. Corl*
Anne Schiavone, KS Bar# 19669
Brandon Corl, KS Bar #23043
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Telephone: 816.283.8738
Facsimile: 816.283.8739
aschiavone@hslawllc.com
bcorl@hslawllc.com
ATTORNEYS FOR PLAINTIFF


ARMSTRONG TEASDALE LLP

*/s/ Tyson H. Ketchum*
Tyson H. Ketchum KS Bar #21129
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
816.221.3420
816.221.0786 (facsimile)
tketchum@atllp.com

Brittney Herron (pro hac vice)
Travis Kearbey (pro hac vice)
7700 Forsyth Blvd, Suite 1800
St. Louis, Missouri 63105
314.621.5070
314.621.5062 (facsimile)
bherron@atllp.com
tkearbey@atllp.com

ATTORNEY FOR DEFENDANT
SAFC BIOSCIENCES, INC.